# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| PIMPAKTRA RUST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VINA ELISA RUST, CHAKDHARI ANISSA RUST, individually and as Co-Executors of the ESTATE OF RICHARD C. RUST, successor in interest as executor of the ESTATE OF PHILIP G. RUST JR., and THE BRYN MAWR TRUST COMPANY OF DELAWARE, a limited purpose trust company, in its capacity as trustee for the trusts created for the benefit of Richard C. Rust under agreement dated July 10, 1953, as amended. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 7:21-cv-00105 |
| Defendants. | ) ) |

## PROPOSED ORDER

Having considered the Consent Motion to Extend Time for The Bryn Mawr Trust Company of Delaware to File an Answer or Otherwise Respond to Plaintiff's Complaint, it is hereby:

**ORDERED AND ADJUDGED** that the Consent Motion is **GRANTED**, and that the time in which Defendant The Bryn Mawr Trust Company of Delaware has to answer or otherwise respond to Plaintiff's Complaint shall be extended up through and including September 30, 2021.

This __15th__ day of __September__, 2021.

 

                                                                            s/Hugh Lawson
                                                          Judge Hugh Lawson
                                                          United States District Court
                                                          Middle District of Georgia
                                                          Valdosta Division