IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **PIMPAKTRA RUST,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:21-CV-105-HL |
| | ) | |
| **VINA E. RUST, CHAKDHARI A. RUST,** | ) | |
| **and THE BRYN MAWR TRUST** | ) | |
| **COMPANY OF DELAWARE** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION TO EXTEND THE TIME FOR SUBMITTING PROPOSED SCHEDULING ORDER**

COMES NOW Plaintiff Pimpaktra Rust along with Defendants Vina E. Rust, Chakdhari A. Rust, and The Bryn Mawr Trust Company of Delaware (hereinafter the "Parties"), and files this Consent Motion to Extend the Time for Submitted Proposed Scheduling Order showing the Court as follows:

This Court entered its Rules 16 and 26 Order on August 31, 2021 (the "Order"), ordering the Parties "confer within 20 days . . . to develop a Proposed Scheduling and Discovery Order" [Doc. 3]. The Order further instructs that the Parties should develop a Proposed Scheduling and Discovery Order within 30 days of the entry of the Order.

Counsel for Pimpaktra Rust and Counsel for Vina E. Rust and Chakdhari A. Rust conferred on September 15, 2021. During this conference, Counsel discussed the Consent Motion filed by Plaintiff and The Bryn Mawr Trust Company of Delaware ("Bryn Mawr") to extend the time for Bryn Mawr to file its Answer or Initial Responsive Pleading.

On September 15, 2021, this Court entered an Order extending the time for Bryn Mawr Trust Company of Delaware to file its Answer or Initial Responsive Pleading to September 30, 2021. [Doc. 5].

Being that The Bryn Mawr Trust Company of Delaware is not required to file its answer until September 30, 2021, the Parties move this Court to extend the time the Parties have to confer until October 14, 2021. The Parties further request the Court extend the time to submit the Proposed Scheduling Order until October 25, 2021.

Respectfully submitted this 20th day of September, 2021.

| | |
|---|---|
| 109 S. Ashley Street<br>Valdosta, GA 31601<br>(229) 242-7562<br>(229) 333-0885 facsimile<br>Greg.talley@colemantalley.com<br>Beau.howell@colemantalley.com<br>Kayla.barnes@colemantalley.com | **COLEMAN TALLEY LLP**<br><br>*/s/ Gregory T. Talley*<br>Gregory T. Talley<br>Georgia Bar No. 696705<br>A.A. Howell, IV<br>Georgia Bar No. 689955<br>Kayla H. Barnes<br>Georgia Bar No. 301948<br>*Attorneys for Defendants Vina E. Rust and Chakdhari A. Rust* |
| P.O. Box 2008<br>Albany, Georgia 31702-2008<br>(229) 436-1545<br>(229) 436-6358 facsimile<br>FMiddeton@watsonspence.com | **Watson Spence LLP**<br><br>*/s/ F. Faison Middleton by KHB with express permission*<br>F. Faison Middleton<br>Georgia Bar No. 504745<br>*Attorney for Plaintiff Pimpaktra Rust* |

4813-4965-6827, v. 1

| | |
|---|---|
| 1230 Peachtree Street, N.E.<br>The Promenade, Suite 400<br>Atlanta, Georgia 30309<br>(404) 572-2050<br>dlejeune@cozen.com | **Cozen O'Connor**<br><br>*/s/ Danielle c. Le Jeune by KHB with express permission*<br>Danielle C. Le Jeune<br>Georgia Bar No. 13422<br>*Attorney for Defendant The Bryn mawr Trust Company of Delaware* |