# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PIMPAKTRA RUST**,<br><br>    Plaintiff,<br><br>v.<br><br>**VINA E. RUST**, **CHAKDHARI A. RUST, and THE BRYN MAWR TRUST COMPANY OF DELAWARE**,<br><br>    Defendants. | Civil Action No. 7:21-CV-105-HL |

## ORDER

Having considered the Consent Motion to Extend the Time for Submitting Proposed Scheduling Order, it is hereby:

**ORDERED AND ADJUDGED** that the Consent Motion is **GRANTED**, and that the time in which Parties have to submit the Proposed Scheduling Order shall be extended up through and including October 25, 2021.

This 23rd day of September, 2021.

                                                 s/Hugh Lawson
                                                 _____
                                                 Hugh Lawson, Senior Judge