IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PIMPAKTRA RUST<br><br>　　Plaintiff,<br><br>vs.<br><br>VINA E. RUST, CHAKDHARI A. RUST, and THE BRYN MAWR TRUST COMPANY OF DELAWARE<br><br>　　Defendants. | CIVIL ACTION<br><br>Case No. 7:21-cv-00105-HL |

**VINA ELISE RUST AND CHAKDHARI ANISSA RUST'S NOTICE OF FILING OF THE UNSWORN DECLARATION OF PIMPAKTRA A. RUST**

COME NOW, Defendants Vina Elise Rust and Chakdhari Anissa Rust, Individually and as Co-executors of the Estate of Richard C. Rust, Successor in interest as Executor of the Estate of Philip G. Rust, Jr. (hereinafter "the Rust Defendants"), and hereby give notice of its filing of the:

- Unsworn Declaration of Pimpaktra A. Rust.

On or about December 2, 2021, Defendants Vina Elise Rust and Chakdhari Anissa Rust ("Rust Defendants") filed its Motion for Judgment on the Pleadings, or, in the Alternative, Motion to Stay Proceedings. [Doc. 17]. Included as an Exhibit to this Motion was the Verified Amended and Supplemented Complaint of Pimpaktra Rust. [Doc. 17-1]. At the time of filing, the Rust Defendants inadvertently left the Verification off of the Verified Complaint. The Rust Defendants now seek to supplement said Verification to perfect the record.

Respectfully submitted this 3rd day of January, 2022.

| | |
|---|---|
| 109 S. Ashley Street<br>Valdosta, GA  31601<br>(229) 242-7562<br>(229) 333-0885 facsimile<br>Greg.talley@colemantalley.com<br>Beau.howell@colemantalley.com<br>Kayla.barnes@colemantalley.com | **COLEMAN TALLEY LLP**<br><br>*/s/ Gregory T. Talley*<br>Gregory T. Talley<br>Georgia Bar No. 696705<br>A.A. Howell, IV<br>Georgia Bar No. 689955<br>Kayla H. Barnes<br>Georgia Bar No. 301948 |

4859-3801-6264, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PIMPAKTRA RUST | |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| VINA E. RUST, CHAKDHARI A. RUST, and THE BRYN MAWR TRUST COMPANY OF DELAWARE | Case No. 7:21-cv-00105-HL |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has this day mailed a copy of the foregoing **VINA ELISE RUST AND CHAKDHARI ANISSA RUST'S NOTICE OF FILING OF THE UNSWORN DECLARATION OF PIMPAKTRA A. RUST** in an envelope properly addressed and with sufficient postage thereon for delivery, to:

Frank Faison Middleton, IV
Watson Spence LLP
P.O. Box 2008
320 W. Residence Ave.
Albany, Georgia 31702-2008

Danielle C. Le Jeune
1230 Peachtree Street NE, Suite 400
Atlanta, GA 30309

This 3rd day of January, 2022.

| | |
|---|---|
| 109 S. Ashley Street<br>Valdosta, GA  31601<br>(229) 242-7562<br>(229) 333-0885 facsimile<br>Greg.talley@colemantalley.com<br>Beau.howell@colemantalley.com<br>Kayla.barnes@colemantalley.com | **COLEMAN TALLEY LLP**<br><br>*/s/ Gregory T. Talley*<br>Gregory T. Talley<br>Georgia Bar No. 696705<br>A.A. Howell, IV<br>Georgia Bar No. 689955<br>Kayla H. Barnes<br>Georgia Bar No. 301948 |