EFiled: Jul 26 2021 04:50PM EDT
Transaction ID 66798558
Case No. 2020-0762-SG

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| PIMPAKTRA A. RUST, individually and in her capacity as a co-manager of Goodenow LLC, <br><br> Plaintiff, <br><br> v. <br><br> VINA ELISE RUST and CHAKDHARI ANISSA RUST, individually and in their capacity as co-managers of Goodenow LLC, and THE BRYN MAWR TRUST COMPANY OF DELAWARE, a Delaware limited purpose trust company, <br><br> Defendants. | C.A. No. 2020-0762-SG |

### UNSWORN DECLARATION OF PIMPAKTRA A. RUST MADE PURSUANT TO 10 *DEL. C.* § 3927

I, Pimpaktra A. Rust, declare as follows:

1. I have read the Amended and Supplemental Complaint and the facts contained therein are true and correct to the best of my knowledge, information, and belief.

2. I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the 21st day of May 2021.

_____
Pimpaktra A. Rust

{MDSUW0194939.}