# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PIMPAKTRA RUST,**  Plaintiff,  v.  **VINA ELISE RUST, et. al.**,  Defendant. | Civil Action No. 7:21-CV-105 (HL) |

## ORDER

Having considered the Parties' Joint Motion for Stay of Proceedings and arguments contained therein, the Court finds that a stay of the present action for a period of 45 days is appropriate and the Joint Motion for Stay of Proceedings is hereby **GRANTED**. Therefore, the present case is stayed through and including March 1, 2022. The Parties are directed to provide a Joint Status Report to the Court providing an update on the status of this case and the issues contained therein on or before that time.

**SO ORDERED** this 12th day of January, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**