**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **PIMPAKTRA RUST,**  Plaintiff,  v.  **VINA ELISE RUST, et. al.**,  Defendant. | Civil Action No. 7:21-CV-105 (HL) |

**ORDER**

Having considered the Parties' Joint Motion for Extension of Stay and arguments contained therein, the Court finds that an extension of the stay of the present action through and including March 25, 2022 is appropriate. The Parties are directed to provide a Joint Status Report to the Court providing an update on the status of this case and the issues contained therein on that date.

**SO ORDERED** this 18th day of March, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**