**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **PIMPAKTRA RUST,** | |
| Plaintiff, | |
| v. | Civil Action No. 7:21-CV-105 (HL) |
| **VINA ELISE RUST, et. al.**, | |
| Defendant. | |

**ORDER**

Having considered the Parties' Joint Motion for Extension of Stay and arguments contained therein, the Court finds that an extension of the stay of the present action through and including April 8, 2022 is appropriate. The Parties are directed to provide a Joint Status Report to the Court providing an update on the status of this case and the issues contained therein on April 11, 2022.

**SO ORDERED** this 29th day of March, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**