**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **PIMPAKTRA RUST**, <br><br> Plaintiff, <br><br> v. <br><br> **VINA ELISE RUST, CHAKDHARI ANISSA RUST, individually and as Co-Executors of the ESTATE OF RICHARD C. RUST, successor in interest as executor of the ESTATE OF PHILLIP G. RUST, JR., and THE BRYN MAWR TRUST COMPANY OF DELAWARE, a limited purpose trust company, in its capacity as trustee of the trusts created for the benefit of Richard C. Rust under the agreement dated July 10, 1953, as amended, and GOODENOW, LLC, a Delaware limited liability company**, <br><br> Defendants. | Civil Action No. 7:21-CV-105 (HL) |

**ORDER**

Before the Court is the parties' Consent Motion to Stay Proceedings. (Doc. 55). The parties request the Court stay these proceedings pending a final, non-appealable order on the motion to enforce a settlement agreement filed in the Delaware Chancery Court. That settlement agreement contemplates dismissal of this action with prejudice.

The Court **GRANTS** the parties' motion to stay. This case shall be stayed pending a final, non-appealable order on the motion to enforce settlement in the

Delaware action. The parties shall promptly notify the Court of any change in the status of the Delaware case.

      **SO ORDERED**, this 30th day of May, 2023.

                                      *s/ Hugh Lawson*
aks                               **HUGH LAWSON, SENIOR JUDGE**